UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID MOORE, ET AL | : | NO.: 3:21-cv-00787 (VAB) |
| | : | |
| v. | : | |
| | : | |
| SHAWN SEQUEIRA, ET AL | : | MARCH 26, 2024 |

**DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S THIRD AMENDED LIST OF EXHIBITS[1]**

**Plaintiff's Exhibits**

1.      IA #15-01 (demotion)

*Objection: Relevance (FRE402).*

2.      Letter from Sequeira to Chief Salvatore

*Objection: Relevance (FRE402).*

3.      Labor Board MOD, 12/14/2016

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

4.      IA #17-060 (16 day suspension)

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

5.      Memo from Sequeira to Moore, 03/29/2017 re: suspension

6.      Serrano discipline records

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

7.      Memo from Kozlowsky to Moore, 07/01/2019 re: canal street

8.      SPD Policy #150701 Conduct of Internal Investigations

---

[1]      Only additions to Plaintiff's Third Amended List of Exhibits [Doc. 127] are in bold.  The additions are due to new exhibits added or modification of prior exhibits as well as mistakenly omitted objections to Plaintiffs' exhibits set forth in the Joint Trial Memorandum and prior amended lists.

9.      Moore IA Report #19-20802 canal street 08/27/2019

10.     Macisco recorded interview

11.     CAD for Dispatcher Macisco, Case No.: 1900020469

12.     Memo from Sequeira to Moore, canal street 11/19/2019

13.     Supp IA report Moore to Kozlowsky, 01/30/2020 (typo of 01/30/2019) re: canal street

14.     Order Re: closure of bathrooms, 05/19/2020

15.     Pictures of porta potties

16.     OSHA Complaint, 06/04/2020

17.     Memo from Kozlowsky to Sequeira May 1, 2020, verbal counseling

18.     Memo from Kozlowsky to Moore May 13, 2020, Questions

19.     Email from Kozlowsky to Sequeira May 20, 2020 Re: Moretti and Moore

20.     Moore written warning 06/02/2020

21.     Labor Agreement between City of Shelton and Union 07/01/16 – 06/30/2019

22.     Support the Shelton Police Facebook posting and response, 06/04/2020

23.     Shelton CT Police Department Facebook page posting by Sequeira and response, 06/09/2020

24.     Email to Sequeira from News 12, 06/12/2020

25.     YouTube Video of Sequeira public rally, 06/2020

*Subject of Motion in Limine.*

26.     Flyer, 06/29/2020

27.     Email from Sequeira to More, 07/02/2020 re: rally

28.     YouTube Video of public rally

*Subject of Motion in Limine.*

29.     Moore Notice of Admin Leave, 07/03/2020

30.     Moore Notice of IA Investigation, 07/03/2020

31.     IA Number 20-30027

32.     Recording of Lieutenant Lawrence for IA 20-30027

33.     Notice of Pre-disciplinary Conference 7/14/2020

34.     Notice of Termination of Moore, 07/20/2020

35.     Notice of Suspension (Macisco) 08/18/2020

36.     Memos re: Macisco discipline history

37.     Email from Kozlowsky to Brian Gioiele Hearts Media, 07/20/2020

38.     Moore notice of malfeasance

39.     Damage Analysis

*Subject of Motion in Limine.*

40.     Labor Board decision re: Moore termination

*Subject of Motion in Limine.*

41.     McClain Performance Evaluation 2012

42.     McClain Performance Evaluation 2017

43.     McClain Performance Evaluation 2019

44.     McClain written warning 2007

45.     McClain notice of one day suspension 2012

46.     McClain notice of counselling 2019

47.     Email from Sequeira to Kozlowsky re: McClain Use of Force 12/18/2019

48.     Text message between Macisco, Napoleone, and McClain

49.     McClain notice to attend pre-disciplinary conf. 06/24/2020

50.     Email from Kozlowsky to Sequeira 7/3/2020 re: press release

51.     Admin Leave Memo for McClain 07/03/2020

52.     Notice of continued IA 7/3/2020

53.     Memo from Kozlowsky to Sequeira dated 07/09/2020 re: CEO

54.     McClain termination letter 07/20/2023

55.     McClain Notice of Malfeasance

56.     McClain Damage Analysis

*Subject of Motion in Limine.*

57.     Kathy Fisher medical notes/records for McClain

58.     McClain Labor Board decision

*Subject of Motion inLimine*

59.     Moretti Personnel info

60.     Text messages between Fran Orlando and Moretti

*Objection, in part: Relevance (FRE402).*

61.     Notice of IA 6/9/2020 and 6/11/2020

62.     IA No. 20-25097

63.     OSHA Letter 07/16/2020

64.     Supplemental IA  2/14/2022

65.     Moretti Admin leave memo 06/23/2020

66.     Letter to Kozlowsky from Moretti 07/26/2020

67.     Transcript of Moretti Laudermill hearing

*Objection: Hearsay (FRE802), Qualification (FRE 901) and late disclosure*

68.     Moretti Termination Letter

69.     Emails from Kozlowsky to Press re Moretti

70.     Moretti Damages Analysis

*Subject of Motion in Limine.*

71.     Moretti Labor Board Decision

*Subject of Motion in Limine.*

72.     Falcone Personnel Info (FTO and Letter of Commendation)

***Objection: Relevance (FRE402; Hearsay (FRE802), and Unfair***

***prejudice/confusing/misleading (FRE403).***

73.     Falcone performance evaluation 2008

74.     Falcone performance evaluation 2012

75.     Falcone performance evaluation 2017

76.     Falcone discipline 04/15/14

77.     Falcone discipline 09/29/14

78.     Falcone discipline memo 01/05/2015

79.     Falcone Notice of IA 6/16/2020

80.     Falcone Taped Interview 06/30/20

81.     Falcone Administrative leave memo 07/02/2020

82.     Falcone Notice of Predisciplinary conference 7/30/2020

83.     Falcone Notice of Predisciplinary conference 8/19/2020

84.     Sexual Harassment Policy

85.     Falcone Notice of Predisciplinary conference 8/28/2020

86.     Robak letter to Sequeira

87.    Recorded interview Brian McPadden

88.    Recorded interview Chris Robak

89.    Falcone termination letter 09/04/2020

90.    Email from Sequeira to Brian Gioiele with Termination Letter 09/04/2020

91.    Email from Sequeira to Margaret Kelley with Termination Letter 09/09/2020

92.    Press coverage 09/09/2020

93.    Falcone damages analysis

*Subject of Motion in Limine.*

94.    Loris Personnel Information (commendations)

***Objection: Relevance (FRE402; Hearsay (FRE802), and Unfair***

***prejudice/confusing/misleading (FRE403).***

95.    Loris performance appraisal 2017

96.    Loris performance appraisal 2019

97.    Email from Loris to Union with picture 5/31/2020

98.    Loris Notice of IA 7/2/2020

99.    Loris Administrative Leave memo 07/02/2020

100.   Loris Notice of IA 7/21/2020

101.   Loris Notice of Pre-disciplinary Conference 7/30/2020

102.   Loris Notice of Pre-disciplinary Conference 08/19/2020

103.   Loris Notice of Pre-disciplinary Conference 08/28/2020

104.   Loris proposed 30 day suspension 09/16/2020

105.   Loris Termination Letter 09/16/2020

106.   Email from Kozlowsky to Brian Gieole 09/17/2023

107.   Loris Labor Board Decision

*Subject of Motion in Limine*

108.   Letter from the City of Shelton dated August 31, 2023 re: Loris return to work

***Objection: Relevance (FRE402; Hearsay (FRE802), and Unfair***

***prejudice/confusing/misleading (FRE403).***

109.   Loris Damages Analysis

*Subject of Motion in Limine.*

110.   Letter from Victoria Chapman to Sequeira

111.   Tape recording of Victoria Chapman

112.   Notice of IA to Victoria Chapman 03/10/2023 re: testimony at labor board

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

113.   Memo from Sequeira to Chapman dated 03/10/2023 Assign to Records

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

114.   04/01/2021 Defendant Lauretti statements to Board of Alderman

*Objection: Relevance (FRE402) and Unfair prejudice/confusing/misleading (FRE403).*

***Additionally, Hearsay (FRE802)***

115.   News Article re: Rally for Sequeira 07/14/2020

***Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).***

116.   News Article re: Shelton Cop overtime 02/14/2023

***Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).***

117.   Email from Hurliman to Moore re: Captain posting 10 22 2014

***Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).***

118.   Certified List Police Captain

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

119.    Memo to Lauretti from Hurliman re Kozlowski

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

120.    Memo to Lauretti from Hurliman re Sequeira

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

121.    Resignation Letter Sequeira

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

122.    Memo from Hurliman re Sequeira Second in Command

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

123.    Memo re Demotion Kozlowsky

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

124.    Memo re Promote to Acting Chief 10 16 2015

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

125.    McPadden Memos re Chapman and Robak

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

126.    Board of Alderman Meeting Minutes re New contract for Hurliman

*Objection: Relevance (FRE402) and Confusing/misleading/undue delay (FRE403).*

127.    Taped interview Michael Curran 6/16/2020

128.    Two taped interviews of John Napoleone

129.    Taped interview of Dan Loris

DEFENDANTS,
CITY OF SHELTON, SHAWN SEQUEIRA
AND MARK LAURETTI


By _____/s/ David S. Monastersky_____
    David S. Monastersky
    ct13319
    Howd & Ludorf, LLC
    100 Great Meadow Road, Suite 201
    Wethersfield, CT 06109
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: dmonastersky@hl-law.com

**CERTIFICATION**

This is to certify that on March 26, 2024, a copy of the foregoing Defendants' Objections to Plaintiff's Third Amended List of Exhibits was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/ David S. Monastersky_____
David S. Monastersky