UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



DAVID MOORE, ET AL.,
 *Plaintiffs*,

v.

No. 3:21-cv-787 (VAB)

SHAWN SEQUEIRA, ET AL.,
 *Defendants*.

## VERDICT FORM

**Part I: The First Amendment Retaliation Claims Under 42 U.S.C. § 1983 and C.G.S. § 31-51q**

    **A.**    **The First Amendment Retaliation Claims of David Moore**

Do you find that Plaintiff David Moore has proven by a preponderance of the evidence his First Amendment retaliation claim against:

Shawn Sequeira:    Yes _X_    No ___

Mark Lauretti:    Yes _X_    No ___

    **B.**    **The First Amendment Retaliation Claims of Michael McClain**

Do you find that Plaintiff Michael McClain has proven by a preponderance of the evidence his First Amendment claim against:

Shawn Sequeira:    Yes _X_    No ___

Mark Lauretti:    Yes _X_    No ___

### C. First Amendment Retaliation Claims of Daniel Loris

Do you find that Plaintiff Daniel Loris has proven by a preponderance of the evidence his First Amendment claim against:

Shawn Sequeira:   Yes _X_   No ___

Mark Lauretti:    Yes _X_   No ___

### D. First Amendment Retaliation Claims of Caroline Moretti

Do you find that Plaintiff Caroline Moretti has proven by a preponderance of the evidence her First Amendment retaliation claim against:

Shawn Sequeira:   Yes ___   No _X_

Mark Lauretti:    Yes ___   No _X_

### E. First Amendment Retaliation Claims of Roger Falcone

Do you find that Plaintiff Roger Falcone has proven by a preponderance of the evidence his First Amendment retaliation claim against:

Shawn Sequeira:   Yes _X_   No ___

Mark Lauretti:    Yes _X_   No ___

## Part II: The Defamation Claims

### A. The Defamation Claims of David Moore

Do you find that Plaintiff David Moore has proven by a preponderance of the evidence his defamation claim against:

Shawn Sequeira:   Yes ___   No _X_

Mark Lauretti:    Yes ___   No _X_

2

**B.     The Defamation Claims of Michael McClain**

Do you find that Plaintiff Michael McClain has proven by a preponderance of the evidence his defamation claim against:

Shawn Sequeira:           Yes  X            No ___

Mark Lauretti:            Yes ___           No  X

**C.     The Defamation Claims of Daniel Loris**

Do you find that Plaintiff Daniel Loris has proven by a preponderance of the evidence his defamation claim against:

Mark Lauretti:            Yes  X            No ___

**D.     The Defamation Claims of Caroline Moretti**

Do you find that Plaintiff Caroline Moretti has proven by a preponderance of the evidence her defamation claim against:

Mark Lauretti:            Yes ___           No  X

**E.     The Defamation Claims of Roger Falcone**

Do you find that Plaintiff Roger Falcone has proven by a preponderance of the evidence his defamation claim against:

Mark Lauretti:            Yes  X            No ___

**Part III: <u>The False Light Invasion of Privacy Claims</u>**

    **A.**    **The False Light Invasion of Privacy Claims of David Moore**

Do you find that Plaintiff David Moore has proven by a preponderance of the evidence his false light invasion of privacy claim against:

| | | |
|---|---|---|
| Shawn Sequeira: | Yes ___ | No _X_ |
| Mark Lauretti: | Yes ___ | No _X_ |

    **B.**    **The False Light Invasion of Privacy Claims of Michael McClain**

Do you find that Plaintiff Michael McClain has proven by a preponderance of the evidence his false light invasion of privacy claim against:

| | | |
|---|---|---|
| Shawn Sequeira: | Yes _X_ | No ___ |
| Mark Lauretti: | Yes ___ | No _X_ |

    **C.**    **The False Light Invasion of Privacy Claims Against Daniel Loris**

Do you find that Plaintiff Daniel Loris has proven by a preponderance of the evidence his false light invasion of privacy claim against:

| | | |
|---|---|---|
| Mark Lauretti: | Yes _X_ | No ___ |

    **D.**    **The False Light Invasion of Privacy Claims of Caroline Moretti**

Do you find that Plaintiff Caroline Moretti has proven by a preponderance of the evidence her false light invasion of privacy claim against:

| | | |
|---|---|---|
| Mark Lauretti: | Yes ___ | No _X_ |

### E. The False Light Invasion of Privacy Claims of Roger Falcone

Do you find that Plaintiff Roger Falcone has proven by a preponderance of the evidence his false light invasion of privacy claim against: tort against him? Please indicate your answer below.

Mark Lauretti:         Yes ✗         No ___

*If you answered "No" to all of the questions above, then proceed directly to Part V.*
*If you answered "Yes" to any of the questions above, then proceed to Part **IV**, and consider damages <u>only</u> as to the Plaintiff for whom you found liability for, and <u>only</u> against the Defendant whom you found liable.*

## Part IV: Damages

### A. Compensatory Damages

**1. David Moore**

If you answered "Yes" as to any of the liability questions related to David Moore, and against any specific Defendant or Defendants, what amount of compensatory damages, if any, do you award him as to:

Shawn Sequeira:     $ 75,000
Mark Lauretti:      $ 75,000

**2. Michael McClain**

If you answered "Yes" as to any of the liability questions related to Michael McClain, and against any specific Defendant or Defendants, what amount of compensatory damages, if any, do you award him as to:

Shawn Sequeira:     $ 390,000
Mark Lauretti:      $ 90,000

5

3. **Daniel Loris**

   If you answered "Yes" as to any of the liability questions related to Daniel Loris, and against any specific Defendant or Defendants, what amount of compensatory damages, if any, do you award him as to:

   Shawn Sequeira:    $ 40,000

   Mark Lauretti:     $ 340,000

4. **Caroline Moretti**

   If you answered "Yes" as to any of the liability questions related to Caroline Moretti, and against any specific Defendant or Defendants, what amount of compensatory damages, if any, do you award her as to:

   Shawn Sequeira:    $ 0

   Mark Lauretti:     $ 0

5. **Roger Falcone**

   If you answered "Yes" as to any of the liability questions related to Roger Falcone, and against any specific Defendant or Defendants, what amount of compensatory damages, if any, do you award him as to:

   Shawn Sequeira:    $ 90,000

   Mark Lauretti:     $ 390,000

6

*B. Nominal Damages*

**1. David Moore**

If you answered "Yes" as to any of the liability questions related to David Moore, but did not award him any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to him as to:

    Shawn Sequeira:    $ ____Ø____

    Mark Lauretti:    $ ____Ø____

**2. Michael McClain**

If you answered "Yes" as to any of the liability questions related to Michael McClain, but did not award him any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to him as to:

    Shawn Sequeira:    $ ____Ø____

    Mark Lauretti:    $ ____Ø____

**3. Daniel Loris**

If you answered "Yes" as to any of the liability questions related to Daniel Loris, but did not award him any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to him as to:

    Shawn Sequeira:    $ ____Ø____

    Mark Lauretti:    $ ____Ø____

### 4. Caroline Moretti

If you answered "Yes" as to any of the liability questions related to Caroline Moretti, but did not award her any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to her as to:

        Shawn Sequeira:      $ ____∅____

        Mark Lauretti:       $ ____∅____

### 5. Roger Falcone

If you answered "Yes" as to any of the liability questions related to Roger Falcone, but did not award him any compensatory damages, you must award $1 in nominal damages. You may not award both compensatory **and** nominal damages. Please indicate below the amount of nominal damages, if any, you award to him as to:

        Shawn Sequeira:      $ ____∅____

        Mark Lauretti:       $ ____∅____

*C. Punitive Damages*

    **1. David Moore**

If you answered "Yes" as to any of the liability questions related to David Moore, keeping in mind the Court's instruction on punitive damages, do you choose to award punitive damages for the First Amendment retaliation claim as to David Moore against any of the following Defendants?

        Shawn Sequeira:    Yes: _X_ No: ___

        Mark Lauretti:     Yes: _X_ No: ___

If you answered "Yes" as to any of the Defendants in Part IV, C.1. immediately above, what amount of money do you award as punitive damages for the First Amendment retaliation claim against that Defendant?

        Shawn Sequeira:    $ 150,000

        Mark Lauretti:     $ 150,00

    **2. Michael McClain**

If you answered "Yes" as to any of the liability questions related to Michael McClain, keeping in mind the Court's instruction on punitive damages, do you choose to award punitive damages for the First Amendment retaliation claim as to Michael McClain against any of the following Defendants?

        Shawn Sequeira:    Yes: _X_ No: ___

        Mark Lauretti:     Yes: _X_ No: ___

If you answered "Yes" as to any of the Defendants in Part IV, C.2. immediately above, what amount of money do you award as punitive damages for the First Amendment retaliation claim against that Defendant?

        Shawn Sequeira:    $ 150,000

        Mark Lauretti:     $ 150,000

3. **Daniel Loris**

If you answered "Yes" as to any of the liability questions related to Daniel Loris, keeping in mind the Court's instruction on punitive damages, do you choose to award punitive damages for the First Amendment retaliation claim as to Daniel Loris against any of the following Defendants?

    Shawn Sequeira:    Yes: _X_ No: ___

    Mark Lauretti:    Yes: _X_ No: ___

If you answered "Yes" as to any of the Defendants in Part IV, C.3. immediately above, what amount of money do you award as punitive damages for the First Amendment retaliation claim against that Defendant?

    Shawn Sequeira:    $ 150,000

    Mark Lauretti:    $ 150,000

4. **Caroline Moretti**

If you answered "Yes" as to any of the liability questions related to Caroline Moretti, keeping in mind the Court's instruction on punitive damages, do you choose to award punitive damages for the First Amendment retaliation claim as to Caroline Moretti against any of the following Defendants?

    Shawn Sequeira:    Yes: ___ No: _X_

    Mark Lauretti:    Yes: ___ No: _X_

If you answered "Yes" as to any of the Defendants in Part IV, C.4. immediately above, what amount of money do you award as punitive damages for the First Amendment retaliation claim against that Defendant?

    Shawn Sequeira:    $ 0

    Mark Lauretti:    $ 0

### 5. Roger Falcone

If you answered "Yes" as to any of the liability questions related to Roger Falcone, keeping in mind the Court's instruction on punitive damages, do you choose to award punitive damages for the First Amendment retaliation claim as to Roger Falcone against any of the following Defendants?

Shawn Sequeira:    Yes: _X_  No: ___

Mark Lauretti:     Yes: _X_  No: ___

If you answered "Yes" as to any of the Defendants in Part IV, C.5. immediately above, what amount of money do you award as punitive damages for the First Amendment retaliation claim against that Defendant?

Shawn Sequeira:    $ 150,000

Mark Lauretti:     $ 150,000

*Please proceed to Part V.*

**Part V: Conclusion of Deliberations**

**Thank you. Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. YOUR ANSWERS MUST BE UNANIMOUS. You should notify the Marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.**

APRIL 12th, 2024   6:08 a.m./p.m.          /S/

Date       Time                    Signature of Foreperson

11