UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID MOORE,
MICHEL MCCLAIN,
DANIEL LORIS,
CAROLINE MORETTI,
ROGER FALCONE,
   *Plaintiffs*

V.

                                                  3:21-cv-787 VAB

SHAWN SEQUEIRA,
MARL LAURETTI,
CITY OF SHELTON,
   *Defendants*

## JUDGMENT

This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge. On June 9, 2021, Plaintiffs, Daniel Loris, David Moore, Caroline Moretti, Roger Falcone, John Napoleone, Michael McClain, filed a complaint against the Defendants, Mark Lauretti, Shawn Sequeira, and the City of Shelton. On November 16, 2022, Plaintiff John Napoleone filed a motion to dismiss (Doc 63.) On June 27, 2023, the Court entered an order (Doc 72.) granting the motion to dismiss (Doc 63.) and dismissed plaintiff Napoleone's claims. On April 2, 2024, the case proceeded to trial with the remaining plaintiffs. On April 12, 2024, the jury returned a verdict finding on the First Amendment retaliation claims for Daniel Loris, David Moore, Roger Falcone, and Michael McClain by defendants Shawn Sequeira and Mark Lauretti. The jury did not find any First Amendment retaliation claims in favor of Plaintiff Caroline Moretti as against any of the Defendants. On the defamation claim, the jury found (1) in favor of Plaintiff Michael McClain against Defendant Shawn Sequeira only; (2) in favor of Plaintiff Daniel Loris against Defendant Mark Lauretti; and (3) in favor of Plaintiff Roger Falcone against Defendant Mark Lauretti. No defamation claims were found in favor of Plaintiffs David Moore or Caroline Moretti against either Defendant. The jury returned a finding on the false light invasion of privacy

claim in favor of Plaintiff Michael McClain against Defendant Shawn Sequeira only, in favor of Plaintiff Daniel Loris against Defendant Mark Lauretti, and in favor of Plaintiff Roger Falcone against Defendant Mark Lauretti. No false light invasion of privacy claims were found in favor of Plaintiffs David Moore or Caroline Moretti against either Defendant. The jury awarded compensatory damages to (1) Plaintiff David Moore in the amount of $75,000.00 as to each Defendant; (2) Plaintiff Michael McClain in the amount of $390,000.00 as to Defendant Shawn Sequeira and $90,000.00 as to Defendant Mark Lauretti; (3) Plaintiff Daniel Loris in the amount of $40,000.00 against Defendant Shawn Sequeira and $340,000.00 against Defendant Mark Lauretti; and (4) Plaintiff Roger Falcone in the amounts of $90,000.00 against Defendant Shawn Sequeira and $390,000 against Defendant Mark Lauretti. The jury did not award any monetary award for nominal damages. The jury awarded Plaintiffs David Moore, Michael McClain, Daniel Loris, and Roger Falcone each punitive damages for the first amendment retaliation claims against each Defendant in the amount of $150,000.00. It is therefore,

ORDERED, ADJUDGED, and DECREED that judgment shall enter for the plaintiffs Daniel Loris, David Moore, Roger Falcone, Michael McClain and the case is closed.

Dated at New Haven, Connecticut, this 17th of April 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Tatihana Murphy
Deputy Clerk

EOD: 4/17/2024