1           UNITED STATES DISTRICT COURT
           DISTRICT OF CONNECTICUT

2

3  ---------------------------------)
                        )
   DAVID MOORE, MICHAEL McCLAIN,  )

4  ROGER FALCONE, DANIEL LORIS   )
   and CAROLINE MORETTI,       )No. 3:21CV787(VAB)

5                         )
            Plaintiffs,  )April 3, 2024

6                         )
   v.                   )8:44 a.m.

7                         )
   SHAWN SEQUEIRA, MARK LAURETTI  )141 Church Street

8  and CITY OF SHELTON,       )New Haven, Connecticut
                       )

9              Defendants.  )
   ---------------------------------)

10

11                 JURY TRIAL - DAY 2

12

13  B E F O R E :

14      THE HONORABLE VICTOR A. BOLDEN, U.S.D.J.
                   AND A JURY

15

16  A P P E A R A N C E S :

17  For the Plaintiffs:

18      HOLMES LAW OFFICES
        49 Leavenworth Street, Suite 200

19          Waterbury, CT 06702
    BY: MICHELLE N. HOLMES, ESQ.

20

   For the Defendants:

21      HOWD & LUDORF
        65 Wethersfield Avenue

22          Hartford, Connecticut 06114-1190
    BY:  DAVID S. MONASTERSKY, ESQ.

23          ADAM J. DIFULVIO, ESQ.

24

        Official Court Reporter:

25          Melissa J. Cianciullo, RDR, CRR, CRC
        (203) 606-1794



PLAINTIFF'S EXHIBIT 1

```
1      Q.    Yes, please.

2      A.    So relevant to this, there was discussion

3  that officers were being relegated to change in the

4  parking lot at the police department, and there was a

5  lot of outrage expressed about that, particularly by

6  the two female officers who as well were changing

7  often in the parking lot.  And so counsel said that

8  we could file --

9           MR. MONASTERSKY:  Objection.

10           THE COURT:  Sustained.

11           MS. HOLMES:  Okay.

12  BY MS. HOLMES:

13      Q.    Was there anything that you were asked to do

14  -- well, let me withdraw that question.

15           When you left that meeting, what was your

16  understanding of what was going to happen?

17      A.    It was proposed to the membership that in an

18  effort to --

19           MR. MONASTERSKY:  Objection.

20           THE COURT:  Sustained.

21  BY MS. HOLMES:

22      Q.    What did you understand you were going to do?

23      A.    In an effort to document working conditions,

24  we were going to photograph people changing or be

25  willing to be photographed in the process of changing
```

1    in the parking lot.

2        Q.    And what were those pictures going to be used

3    for solely?

4        A.    It was clear it was as potential evidence

5    should we file a charge with the state board of labor

6    relations.

7        Q.    And how many people were in attendance at

8    that meeting, how many officers?

9        A.    I can only describe it that it was the

10   overwhelming majority of the membership.

11       Q.    Now, instead of responding to the union's

12   request to negotiate, was there another order issued

13   by Mayor Lauretti and Chief Sequeira regarding the

14   bathrooms and locker rooms?

15           MR. MONASTERSKY:  Objection.

16           THE COURT:  Sustained.  It's as to the form.

17   BY MS. HOLMES:

18       Q.    Did another directive come out from Mayor

19   Lauretti and Chief Sequeira regarding the closures of

20   the bathrooms?

21       A.    There was a special order issued on May 19th.

22           MS. HOLMES:  Your Honor, I'll be asking to

23   admit Exhibit 14, Plaintiff's Exhibit 14.

24           MR. MONASTERSKY:  No objection.

25           THE COURT:  Exhibit 14 is admitted into

1    Q.    Okay.   Now, on June 4th of 2020, was there a

2    post on Facebook of some pictures of the officers

3    changing?

4    A.    There was.

5    Q.    Did you observe that post?

6    A.    I did.

7    Q.    And how did that post get up on Facebook, if

8    you have personal knowledge?

9         MR. MONASTERSKY:   Could we have a proffer?

10        THE COURT:   Sure.   Let's have a sidebar.

11        (SIDEBAR COMMENCED, 10:00 a.m.)

12        THE COURT:   I just want to understand what

13   you're --

14        MR. MONASTERSKY:   Well, he's saying if you

15   have personal knowledge.   I mean --

16        MS. HOLMES:   Well, he observed it.

17        THE COURT:   Yeah.   He saw --

18        MR. MONASTERSKY:   I have no problem with him

19   saying he observed it.   The question was how did they

20   get up there and --

21        THE COURT:   Oh, oh.

22        MS. HOLMES:   He has personal knowledge of

23   that as well because the business representative of

24   the union put it up there and he knows that.

25        THE COURT:   But how does he know that?   Was

1    he told that or did he witness it?

2          MS. HOLMES:  Well, he witnessed it because --

3    you don't want to let the exhibit in.  But when you

4    look at the posting, it's says "Michael Lewis posted

5    it up on the Support the Shelton Police Union."

6          MR. MONASTERSKY:  I have no problem with him

7    saying if it says Michael Lewis posted it.

8          THE COURT:  That's fine.  Okay.

9          (SIDEBAR CONCLUDED, 10:01 a.m.)

10         THE COURT:  Go ahead.

11         MS. HOLMES:  Thank you, your Honor.

12   BY MS. HOLMES:

13     Q.    On June 4th of 2020, did you personally

14   observe a posting on Facebook with some pictures of

15   the officers changing?

16     A.    I did.

17     Q.    And who put up that post?

18     A.    Business representative for the Shelton

19   Police Union, Michael Lewis.

20     Q.    And what did the pictures show?

21     A.    It was a six-frame posting and it showed six

22   different officers in some state of undress in the

23   Shelton Police parking lot.

24         MS. HOLMES:  And, your Honor, I'm going to

25   offer Exhibit 130 as the Facebook pictures.

```
 1              (SIDEBAR CONCLUDED, 10:05 a.m.)
 2              THE COURT:  All right.  Next question.
 3    BY MS. HOLMES:
 4       Q.    Mr. Moore, when you saw this Facebook post,
 5    did you see that there were a lot of comments?
 6       A.    I did.
 7       Q.    Now, were you personally involved with any
 8    taking of the pictures and providing them to the
 9    union?
10       A.    I did not take any of those pictures.  In
11    fact, I don't even recall ever taking a picture of
12    anybody myself.
13       Q.    Well, what would have been your involvement
14    in terms of providing the pictures to the union?
15       A.    The only picture that I had any involvement
16    with was the -- was Officer Moretti had sent to me
17    pictures.  I don't recall the date.  And I forwarded
18    those to Mike Lewis.
19       Q.    And, again, taking these pictures was for
20    what purpose based on your union --
21              MR. MONASTERSKY:  Objection.  He didn't --
22              THE COURT:  Sustained.
23    BY MS. HOLMES:
24       Q.    As the union vice president, what was the
25    union purpose of having these pictures taken?
```

1    MR. MONASTERSKY:  Yeah, let me.  Would this

2    be 131?

3    MS. HOLMES:  I'm still going to --

4    MR. MONASTERSKY:  I understand that.

5    Whatever the Court prefers with marking it.  I don't

6    have an objection.

7    THE COURT:  So Exhibit 23-A, there is no

8    objection to Exhibit 23-A as it's been marked.  All

9    right.  Exhibit 23-A is admitted into evidence.

10    MS. HOLMES:  Okay.

11    BY MS. HOLMES:

12    Q.    Mr. Moore, I'm showing you Exhibit 23-A.

13    This is from the Shelton Police Department on their

14    Shelton Facebook page.  It's dated June 4th --

15    June 9th of 2020.  Could you just read that into the

16    record, please?

17    A.    Sure.

18    "A message from Chief Shawn R. Sequeira.

19    "It has been brought to my attention that

20    images allegedly of Shelton police officers changing

21    in public have been posted to social media.  At this

22    time I cannot disclose anything regarding this

23    possible indecent exposure because there is an active

24    investigation into this matter.  The Shelton Police

25    Department does not promote or condone indecent

```
 1   exposure in any public place.  Members of the Shelton
 2   Police Department are required to maintain high
 3   standards of moral character, integrity and
 4   professionalism at all times."
 5      Q.   Okay.  And how many comments were generated
 6   in response to that post?
 7            MR. MONASTERSKY:  Objection.
 8            THE COURT:  Yeah.  Sustained.
 9            MS. HOLMES:  It's fully exhibit -- it's a
10   full exhibit.
11            THE COURT:  Fine.  He gave the number, 225.
12   BY MS. HOLMES:
13      Q.   I'm sorry.  Can you tell us what the number
14   of comments is to that post?
15            THE COURT:  Put it back.  He can -- go ahead.
16            MS. HOLMES:  Right.
17            MR. MONASTERSKY:  I do have an objection.
18            THE COURT:  I understand.
19            MR. MONASTERSKY:  Based upon we don't know
20   when this screenshot was taken.
21            THE COURT:  Yeah.  I understand.
22            MR. MONASTERSKY:  It could have been taken --
23            THE COURT:  I got you.  Objection overruled.
24   He can just state the number of comments.
25   BY MS. HOLMES:
```

1    Q.    How many comments were made to this post?

2    A.    Based on this evidence, 225 comments, 57

3    shares.

4    Q.    So on June 4th of 2020, that's when Mike

5    Lewis put up the pictures of the officers changing?

6    A.    Yes.  That was his domain, that is not an

7    affiliated Shelton Police Union domain, and he did

8    that, yes.

9    Q.    Okay.  And then this post from the chief was

10   put up on June 9th of 2020?

11   A.    June 9th, yes.

12   Q.    Did Sequeira then in fact launch internal

13   affairs investigations as to these officers?

14   A.    I believe officers were issued their notice

15   of IAs on the 12th of June.

16   Q.    Were you a target of that particular

17   investigation?

18        MR. MONASTERSKY:  Objection.

19        THE COURT:  Sustained as to form.

20   BY MS. HOLMES:

21   Q.    Were you issued any notification that you

22   were the subject of the Facebook investigation?

23   A.    I was not.

24   Q.    And are you okay with me calling that "the

25   Facebook investigation"?

```
1      A.    Sure.

2      Q.    Now, at some point did Chief Sequeira hold an

3    or attend a rally in front of the police department?

4      A.    He did.

5      Q.    Do you know what the date of that is?

6      A.    June 15th, 2020.

7      Q.    And were you present for that?

8      A.    Not as an attendee.  I was parked in a

9    parking spot in an adjacent parking area.

10      Q.    Could you see --

11            THE COURT:  Ms. Holmes, you have the thing up

12    on the screen.  If you're not showing an exhibit,

13    that shouldn't be on the screen.

14            MS. HOLMES:  Oh, I'm sorry, your Honor.

15            THE COURT:  That's okay.  Go ahead.

16    BY MS. HOLMES:

17      Q.    Okay.  I'm sorry.  You said not as an

18    attendee, but you could see him?

19      A.    I could see and hear most of what occurred.

20      Q.    And was he using any device to speak to the

21    public?

22      A.    There was a bullhorn that was -- I call it a

23    bullhorn.  I think that's proper -- that was used by

24    the guest speakers and also Chief Sequeira.

25      Q.    How many people were in attendance?
```

1    A.    Fifteen, maybe 18 tops.

2    Q.    Were there any other officers present at this

3  time as well?

4    A.    Not as attendees.  They were there in

5  uniform.  It would have been Lieutenant Yerzak,

6  Lieutenant Kozlowsky, Officer Vinhais and Officer

7  Staples and as well Officer Eldridge was -- I believe

8  he was on overtime and he was there just to sort of

9  manage traffic control in and out of the police

10  department parking lot if that was necessary.

11    Q.    And what did you hear Chief Sequeira say?

12    A.    So there were three introductions of the

13  chief and then he was handed the -- there was three

14  introductions of the chief from known political

15  figures and then he was handed the bull- --

16    Q.    What did the chief say?

17    A.    He was handed the bullhorn and some of the

18  things he said, initially he thanked people for being

19  there.  He said he appreciated their support but he

20  didn't need their support.  He said these people are

21  lightweights.

22        He then went on to describe that no one was

23  ordered -- I believe that no one was ordered to

24  change in the parking lot, that officers, all

25  officers were given keys to the farmer's market as an

1    option for bathroom use, which was not true.

2        He stated early on also as part of the

3    initial description that he had the full support of

4    his major and his board of aldermen.  He came back to

5    that further into the rally where after he described

6    that he didn't need any help because the issues here

7    are the 5 percenters of every organization, the

8    people that try him on a daily basis.

9        And then from that he transitioned into, I

10    don't -- I think that these 5 percenters have

11    actually secured his job, he just got off the phone

12    with Mark Lauretti and was told he could stay as long

13    as he wants.

14        He then oddly transitioned to a statement, I

15    believe it was about Michael Lewis, and he said, "I

16    never laid eyes on this rat."

17        Then there were some other exchanges and the

18    rally sort of abruptly ended.

19    Q.    Now, at some point a rally is organized to

20    support the Shelton police officers.  Do you recall

21    that?

22    A.    I do.

23    Q.    Who organized that rally?

24    A.    It was a Shelton resident named Chris Jones.

25    Q.    Okay.  And what was your involvement in

1    getting that rally put together?

2        A.    In terms of organizing that rally, I had no

3    involvement.

4        Q.    Did you have any involvement in promoting the

5    rally?

6        A.    Just to the extent that Chris Jones asked me

7    to post in the locked union bulletin board inside the

8    police department a flyer that he had designed and

9    constructed so that officers would hopefully be aware

10   that the rally was actually going to take place.

11            MS. HOLMES:  Your Honor, I would like to

12   offer Plaintiff's 26.

13            MR. MONASTERSKY:  I just want to take a quick

14   look.  I probably do not have a ...

15            No objection.

16            THE COURT:  All right.  Exhibit 26 is

17   admitted into evidence.

18   BY MS. HOLMES:

19       Q.    All right.  Mr. Moore, is this the flyer that

20   you put up at the Shelton Police Department?

21       A.    Yes, it is.

22       Q.    And just tell me, what does this flyer say?

23   Just because I can't show the whole thing on my

24   screen.

25       A.    It's just an announcement that on July 2nd,

1    2020, there would be a rally in support of the

2    officer -- I believe it says officers of the

3    Shelton --

4        Q.    What does the title say on the top there?

5        A.    "The thin blue line.  Peaceful rally for a

6    cause."

7        Q.    And that was going to take place at 6 p.m. on

8    July 2nd?

9        A.    Correct.

10       Q.    So what did you do with this flyer?

11       A.    I unlocked the bulletin board and I

12   thumb-tacked it to the corkboard that's inside there

13   and I locked it and closed it.

14       Q.    Just for the jury, explain what you mean by

15   "the board."  What board are you talking about?

16       A.    So there is a -- in the roll call room of the

17   police department, there is a 2-by-3 enclosed

18   bulletin board that has a locking door on it, and we

19   would post union-related documents in that enclosure

20   whenever they were applicable.

21            The notification of a union meeting coming up

22   would be one of the very common uses of that.  If

23   there was information or some discussion, court

24   decision that was relative to unions, that might go

25   in there.

1    flyer?   You can explain the timeline of this exhibit,

2    Mr. Moore.

3       A.    I actually received two e-mails from the

4    chief.

5       Q.    Okay.   What --

6       A.    This is -- this represents the second one.

7       Q.    When did you receive the first one?

8       A.    So I posted that flyer on the 29th of -- I'm

9    sorry, the 29th of June.   On the 30th, I came to work

10   at that time now 4 o'clock, I was working evening

11   shift at that time, and I received an e-mail ordering

12   that the flyer be taken down.   And then there was a

13   series of questions that I had to answer.   That

14   e-mail was also sent to union president John

15   Napoleone.

16          So I did take it down as I was ordered to do

17   and I noted it in my daily shift report, which is a

18   summary that the supervisor has to submit at the end

19   of the shift.

20          And then on the 1st of July, which is in fact

21   the last day that I physically ever worked at the

22   Shelton Police Department, I received this e-mail

23   here.   And, again, it's now one of the -- in this one

24   he says, "I appreciate you taking the flyer down."

25   And then the next paragraph steps into a whole series

1    A.    Officially, no.

2    Q.    So when you went to the rally, how many

3  people were in attendance?

4    A.    Three to 400, I think is a good estimate.

5    Q.    Was there any media coverage?

6    A.    There was.

7    Q.    Who was there?

8    A.    Fox 61.

9    Q.    Were they providing live coverage?

10         MR. MONASTERSKY:  Objection.

11         MS. HOLMES:  If you know.

12         THE COURT:  Objection overruled.

13  BY MS. HOLMES:

14    Q.    Do you know what kind of coverage Fox 61 was

15  reporting?

16    A.    They reported live from the actual rally.

17    Q.    And did you in fact speak at the rally?

18    A.    Briefly, yes.

19    Q.    All right.  And who else spoke there?

20    A.    Chris Jones, Union President John Napoleone,

21  David Eldridge.  I believe that was it.

22    Q.    Was Mike McClain at the rally?

23    A.    He was.

24    Q.    Caroline Moretti, was she at the rally?

25    A.    She was.